# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| BERNADETTE RAINEY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:24-cv-2154 |
| ) | |
| WALMART, INC., a Delaware Corporation ) | |
| and Cliff Wiley, ) | |
| Defendants. ) | |

## DISCLOSURE STATEMENT

The undersigned, counsel of record for Plaintiff, Bernadette Rainey, furnishes the following for its Disclosure Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 7.1.1 of this Court:

1) The undersigned represents Bernadette Rainey.

2) Plaintiff is not a corporation.

3) Plaintiff is a resident of the State of Illinois.

July 18, 2024                                                                           BERNADETTE RAINEY, Plaintiff,

                                                                                                   *s/Gina Couri-Cyphers*
                                                                                                   One of her attorneys

Gina Couri-Cyphers | ARDC# 6316522
KANOSKI BRESNEY
237 E. Front Street
Bloomington, IL 61701
309-250-5773 – Phone
309-209-9911 – Fax
Lit1@kanoski.com

## CERTIFICATE OF SERVICE

      I hereby certify that on July 18, 2024, I electronically filed the foregoing Disclosure Statement with the Clerk of the Court for the U.S. District Court, Central Division of Illinois, using the CM/ECF system, and electronic notice was thereby sent to the following:

Nicholas Martin
LEWIS BRISBOIS
Mark Twain Plaza II
103 W. Vandalia, Suite 300
Edwardsville, IL 62025
nicholas.martin@lewisbrisbois.com

                              /s/ Gina Couri-Cyphers

Gina Couri-Cyphers | ARDC# 6316522
KANOSKI BRESNEY
237 E. Front Street
Bloomington, IL 61701
309-829-5700 – Phone
309-829-8499 – Fax
Lit1@kanoski.com